IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOS TRADE NORTH AMERICA, LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs | ) Civil Action No. 09-873 ) |
| EXTREME MACHINE & FABRICATING, INC., | ) ) ) |
| Defendant. | ) |

O R D E R

AND NOW this 2 day of March, 2010, after a mediation session was held in the above captioned case, and the parties agreed to settle the action, and as counsel will prepare and submit a stipulation for dismissal under Fed.R.Civ.P. 41(a), and as it appears there is no further action required by the Court at this time,

IT IS HEREBY ORDERED that the Clerk mark the above-captioned case closed; that nothing contained in this Order shall be considered a dismissal or disposition of this action, and that should further proceedings become necessary or desirable, any party may initiate them in the same manner as if the Order had not been entered;

IT IS FURTHER ORDERED that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized, including but not limited to, enforcing settlement.

_____
CHIEF UNITED STATES DISTRICT JUDGE